Donald S. Zakarin
dzakarin@pryorcashman.com
Ilene S. Farkas
ifarkas@pryorcashman.com
Eric M. Fishman
efishman@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**11 CIV 6808**



---

CAPITOL RECORDS, LLC, SCREEN GEMS-EMI
MUSIC, INC., COLGEMS-EMI MUSIC, INC., EMI
FULL KEEL MUSIC, INC., EMI UNART CATALOG
INC. and JONES/TINTORETTO ENTERTAINMENT
COMPANY, LLC,

                          Plaintiffs,

    -against-

ANTHONY DEFRIES, MAINMAN LTD., MMRX and
INDEPENDENT ONLINE DISTRIBUTORS
ALLIANCE, INC.,

                    Defendants.

No.

ECF CASE

**COMPLAINT**

---

        Plaintiffs Capitol Records, LLC ("Capitol Records"), Screen Gems-EMI Music, Inc.

("Screen Gems"), Colgems-EMI Music, Inc. ("Colgems"), EMI Full Keel Music Inc. ("Full

Keel"), EMI Unart Catalog Inc. ("EMI Unart") (Screen Gems, Colgems, EMI Unart and Full

Keel are sometimes collectively referred to herein as, "EMI Publishing") and Jones/Tintoretto

Entertainment Company, LLC ("JTE") (collectively, "Plaintiffs"), by their attorneys Pryor

Cashman LLP, as and for their Complaint against Anthony Defries ("Defries"), MMRX,

MainMan Ltd. ("MainMan") and Independent Online Distributors Alliance, Inc. ("IODA") (collectively, "Defendants"), allege as follows:

## NATURE OF ACTION

1.     This is an action for willful copyright infringement, trademark infringement, false advertising, breach of contract and unfair competition. Defendants have brazenly and unlawfully distributed and otherwise exploited dozens of sound recordings (the "Recordings") embodying the performances of the famous recording artists David Bowie and Iggy Pop, the copyrights in which Recordings are owned and/or controlled by Capitol Records and/or JTE. In addition to infringing the sound recordings of these artists, Defendants have also knowingly, intentionally and unlawfully infringed the copyrights in the underlying musical compositions embodied on the Recordings, the copyrights in which are owned and/or administered by EMI Publishing and JTE, as well as musical compositions written and recorded by John Mellencamp, the copyrights in which are owned by EMI Publishing (hereinafter, all of the said musical compositions shall be collectively referred to as the "Compositions").

2.     Defendants have no ownership interest in the Recordings or the Compositions. While certain MainMan entities had limited rights in certain Bowie Recordings and Compositions decades ago (but never had the rights they currently claim), MainMan and Defries sold, to Bowie and an affiliate of EMI Publishing, respectively, any and all rights they had or could have had in the Bowie Recordings and the Compositions pursuant to agreements entered into by MainMan and Defries in 1996 (with Bowie) and 1992 (with EMI Publishing). Defendants' actions are therefore in material breach of such agreements. Defendants marketed, distributed and sold the Recordings and exploited the underlying Compositions via such popular online sites as iTunes, Amazon.com, Spotify and Napster, among others, through defendant

MMRX and/or IODA, often altering the titles of the well-known albums in which the Recordings originally appeared (the "Infringing Recordings") and, upon information and belief, representing to these online distributors and the public that MMRX had the lawful right to license and otherwise exploit the Recordings and the Compositions.

3.     The Recordings that have been bootlegged by Defendants include well-known and valuable albums by David Bowie, including: *Pin Ups, Aladdin Sane, Ziggy Stardust – The Motion Picture, Hunky Dory, Bowie at the Beeb* and *The Man Who Sold the World*, as well as albums recorded by Iggy Pop such as *TV Eye, Lust for Life* and *The Idiot* and dozens of underlying copyrighted Compositions.  Defendants are also unlawfully exploiting recordings embodying such iconic copyrighted musical compositions as *Jack and Diane*, written by John Mellencamp and owned by EMI Publishing.  Defendants have not obtained a valid license to exploit any of the underlying compositions.  A list of the Infringing Recordings and Compositions that are being unlawfully exploited by the Defendants in violation of Plaintiffs' copyrights and other rights, to the extent that Plaintiffs have discovered such unlawful exploitation to date, is attached hereto as Exhibit A.

4.     Defendants have no rights in or to the Recordings or the Compositions and no right to exploit the Recordings or Compositions in any manner whatsoever.  To the extent that any of the Defendants ever had any rights in and to any of the Recordings or Compositions, they relinquished those rights by no later than 1992 and 1996 pursuant to written agreements, in exchange for substantial consideration.

5.     Defendants know that they have no rights to exploit the Infringing Recordings and Compositions.  They have not registered any copyright ownership in any of the Recordings or

Compositions, nor are they entitled to register any such ownership interest which they do not possess.

6.     In unlawfully exploiting and advertising the exploitation of the Recordings and Compositions, Defendants have used the DAVID BOWIE trademark to market and sell the Infringing Recordings, without authorization.  Plaintiffs have demanded that MMRX, Defries and IODA cease their infringing and unlawful activities and their unauthorized sale, distribution and exploitation of the Infringing Recordings and Compositions.  MMRX, Defries have ignored Plaintiffs' requests.  After ignoring Plaintiffs' requests for approximately six months, IODA finally issued "take down" notices for the Infringing Recordings sometime after September 14, 2011 and provided Defendants with only some of the information demanded.

7.     The Defendants' infringing and unlawful activities have caused substantial and irreparable harm to Plaintiffs, are diverting sales of Plaintiffs' intellectual property and have damaged the value and reputation of Bowie and the Recordings.  Defendants' infringing activities, in material breach of the terms and conditions of the 1992 and 1996 Agreements entered into by MainMan and Defries pursuant to which they sold whatever rights they had in the Bowie Recordings and Compositions, have placed Defendants in the entirely unlawful position of having pocketed the millions of dollars that were paid for such rights and now unilaterally exploiting the very rights that they sold.

8.     Defendants' refusal to cease their willful infringement and other actions in violation of Plaintiffs' rights has necessitated this action.  It is clear that unless restrained by this Court, the MainMan Defendants will continue to exercise rights that they do not possess to the continuing detriment of Plaintiffs.  Accordingly, Plaintiffs are seeking permanent injunctive relief to restrain and enjoin Defendants from continuing to infringe Plaintiffs' rights and for compensatory

damages for Defendants' breach of contract as well as actual profits and damages or, alternatively, statutory damages under the Copyright Act.

### THE PARTIES

9.     Plaintiff JTE is a Delaware limited liability company with its principal place of business in New York, New York.  JTE is the copyright owner of the Recordings or licensee of the Recordings, as noted on Exhibit A.  JTE is also the owner or co-owner of many of the Compositions, as identified on Exhibit A.  JTE has granted an exclusive worldwide license to EMI Records Ltd. to exploit the Recordings.

10.    Plaintiff Capitol Records is a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York.

11.    Capitol Records is engaged in the business of, *inter alia*, producing, manufacturing, distributing, selling, licensing and otherwise exploiting sound recordings in the United States. Capitol Records is the exclusive licensee of EMI Records Ltd. in the United States for both the Bowie Recordings which have been registered for U.S. copyrights, as well as those sound recordings that were initially "fixed" prior to February 15, 1972 (the "Pre-1972 Sound Recordings") and that are therefore subject to protection under state law, including those listed on Exhibit A.  Capitol Records' predecessor (and thus now Capitol Records) is the exclusive licensee of the rights in and to the Iggy Pop Recordings listed on Exhibit A.

12.    Plaintiff Screen Gems is a Delaware corporation with a principal place of business in New York, New York.

13.    Plaintiff Colgems is a Delaware corporation with a principal place of business in New York, New York.

14.    Plaintiff Full Keel is a New York corporation with a principal place of business in New York, New York. Full Keel is the owner of the musical compositions written and recorded by John Mellencamp which are included on Exhibit A.

15.    Plaintiff EMI Unart is a New York corporation with a principal place of business in New York, New York.

16.    The EMI Publishing companies are, directly or through their subsidiaries and affiliates, engaged in the music publishing business, including owning and administering musical copyrights and otherwise commercially exploiting, in the United States and throughout the world, original copyrighted musical compositions.

17.    For those Compositions listed on Exhibit A of which EMI Music Publishing Ltd. is a co-owner, Screen Gems, Colgems and EMI Unart are the exclusive licensees of EMI Music Publishing Ltd. in the United States and as such, Screen Gems, Colgems and Unart have the exclusive right under the United States Copyright Act to exploit all rights under copyright and to pursue any and all claims for violation or infringement of such rights.

18.    Defendant Defries is an individual who, upon information and belief, resides in Los Angeles, California.

19.    Upon information and belief, defendant MainMan is a corporation duly organized and existing under the laws of the State of New York with its principal place of business in New York, New York.

20.    Upon information and belief, MMRX is either a d/b/a for Defries or it is a legal entity through which Defries does business. Upon information and belief, defendant Defries is MMRX's founder, chief executive officer and/or principal operator, and personally makes all decisions regarding, participates in, directs, exercises control over, and benefits from MMRX's

infringing activities. Upon information and belief, Defries has actively directed, and continues to actively direct, MMRX's illegal conduct.

21. Upon information and belief, IODA is a corporation formed under the laws of the State of California, with offices at 242 West 30th Street, New York, NY 10001. Upon information and belief, IODA is an independent online recorded music distributor, through which MMRX and Defries have distributed the Infringing Recordings. Upon information and belief, one of IODA's senior executives is a partner with Defries in his efforts to unlawfully exploit the Recordings and other recordings.

### JURISDICTION AND VENUE

22. This is a civil action seeking, *inter alia,* damages and injunctive relief for copyright infringement under the Copyright Act, 17 U.S.C. §101 *et. seq*; for violations of the Lanham Act, 15 U.S.C. §§1114 and 1125(a) and for unfair competition, as well as compensatory damages and attorneys' fees for breach of contract.

23. This Court has original subject matter jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a) and over the state law claims based upon pendant jurisdiction.

24. This Court has personal jurisdiction over the Defendants pursuant to CPLR §302(a)(1), (2) and/or (3) in that one of the Defendants (IODA) maintains an office in New York and all of the Defendants are committing acts of copyright infringement and violations of trademark in New York by, *inter alia,* offering for sale, advertising and selling the Infringing Recordings to New York residents. In addition, the jurisdiction of this Court is specifically designated in the December 20, 1996 Agreement at issue herein.

25. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(a).

## FACTUAL ALLEGATIONS

26.    For more than four (4) decades, David Bowie has been an internationally-renowned and groundbreaking recording artist, songwriter and producer.  Throughout his career, Bowie has achieved great success.  Over 140 million Bowie albums have been sold, and *Rolling Stone* magazine has ranked him among the best singers of all time.  He has been nominated for at least 44 different music industry awards, including ten Grammy Awards (winning twice), nine MTV Video Music Awards (winning three times) and 7 BRIT awards (winning twice).

27.    In 2001, Bowie registered the trademark DAVID BOWIE with the Patent and Trademark Office in Class 9, with a first use in commerce date of 1972, Serial number 75916073 (the "Mark").  JTE is the exclusive licensee of Bowie in connection with the use of the Mark on the Recordings.

28.    Iggy Pop, whose given name is James Newell Osterberg, has been considered an influential innovator of punk rock, hard rock, and other styles of rock music.  Iggy Pop was lead singer/songwriter of influential protopunk band The Stooges and has recorded an extensive body of Recordings and has written numerous Compositions.

**A.     Defendants Sold Whatever Rights They Had In and To**
**         The Recordings and Compositions To Plaintiffs or Their Licensors**

29.    Through a series of agreements that were executed in the 1970's, MainMan and its affiliated entities obtained certain limited rights in and to musical compositions written by Bowie and certain master recordings embodying Bowie's performances.

30.    For example, pursuant to an agreement dated March 1, 1975 between David Bowie and MainMan-affiliated entities (the "March 1975 Agreement"), certain pre-March 1975 master recordings ("Old Masters") and compositions ("Old Compositions") became jointly

owned and controlled by Bowie and MainMan. The parties to the March 1975 Agreement further agreed to the terms of the administration of these Old Masters and Old Compositions, and the equal division of income derived from their exploitation. The March 1975 Agreement further provided that Bowie shall have sole ownership and control of all masters recorded and all compositions written after March 1, 1975, subject only to the limited copyright interest of MainMan as provided in the agreement and the payment of certain limited royalties to MainMan in connection therewith.

31.    In two agreements executed in 1992 with EMI Music Publishing, Ltd. and in 1996 with Bowie, Defries and the various MainMan entities sold all of their remaining rights in the Bowie Recordings and Compositions and in certain compositions written by other artists, including Iggy Pop, Mick Ronson, Mott the Hoople and John Mellencamp.

### 1.    MainMan Sold Whatever Rights It May Have Had in the Compositions To EMI Publishing Ltd.

32.    In 1992, Defries and the MainMan entities sold all of their remaining rights in musical compositions written by David Bowie, Iggy Pop and other writers in exchange for the payment of millions of dollars. First, in an agreement dated September 3, 1992 (effective July 1, 1992) between EMI Music Publishing Ltd. and MainMan SA, MainMan SA sold its entire publishing business to EMI Music Publishing Ltd. (the "1992 Agreement").

33.    Pursuant to the 1992 Agreement, MainMan irrevocably sold "one hundred per cent (100%) of its business as a music publishing company including all its right, title and interest in and to (or arising from)" the compositions sold and the underlying contracts relating thereto (including the March 1975 Agreement and others) to EMI Music Publishing Ltd., as well as all income or other payments relating thereto.

9

34.     The specific compositions that MainMan agreed to sell to EMI Publishing were set forth on Schedule A to the 1992 EMI/MainMan Agreement.  As set forth in the Schedule A attached to the agreement, the Compositions sold to EMI Music Publishing, Ltd. included MainMan's remaining interest in compositions written by David Bowie, Iggy Pop, Mick Ronson and John Mellencamp, among others.  In addition, the EMI Publishing entities have acquired other musical compositions which are listed on Exhibit A hereto that were written by John Mellencamp which were not acquired pursuant to the 1992 Agreement and in which Defendants never had any interest.

35.     As a result of the foregoing 1992 Agreement, to the extent that MainMan or its affiliated entities ever owned any interest in any of the Compositions listed in Schedule A to the 1992 Agreement, those rights were sold to EMI Music Publishing Ltd. in 1992.  Subsequent to the 1992 Agreement, neither MainMan nor Defries nor any of their affiliated entities had any interest in any of the Compositions or the copyrights therein.

**2.      MainMan Relinquishes All Rights To
Bowie's Master Recordings and Other Bowie Material**

36.     In 1996, Bowie and Defries and the MainMan entities entered into an agreement entitled, "Record Masters Rights Purchase and Sale Agreement", dated December 20, 1996 (the "1996 Agreement").

37.     Under the 1996 Agreement, MainMan and its affiliated entities sold to Bowie every conceivable right, claim or interest they had in all of the Bowie Recordings at issue herein, including the copyrights in all such works.

38.     Specifically, MainMan transferred to Bowie "[a]n undivided 100% ownership in and to all of [MainMan's] right title and interest in and to the "Assets."

10

39.    The definition of "Assets" in the 1996 Agreement included every conceivable right, claim or interest that MainMan ever had in all of the Bowie Recordings at issue herein. Specifically, "Assets" includes the following, among other things:

    a.  the March 1975 Agreement, which included Bowie's phonographic record masters;

    b.  all employment agreements entered between Bowie and MainMan;

    c.  "Any and all license agreements entered between [MainMan] and any other party in any way or respect pertaining to Bowie or any music or other artistic material or property rights owned, directly or indirectly, by or on behalf of Bowie or [MainMan] . . . which is related to Bowie in any way";

    d.  "Any and all items that are or relate to Bowie or Bowie Material in any way are in located" in various vaults, including all vaults in MainMan's control or possession;

    e.  "Any and all ownership, control or rights, including rights to cash flow, receipts or revenue, of any kind relating to any and all tangibles and intangibles recorded, produced or created by [Bowie] or created on behalf of [Bowie] including, but not limited to, record masters, tapes, digital masters, record covers, artwork and photographs of any kind, video masters and derivations therefrom, any other form of artistic creation, so called 'grand rights' and 'small rights' in the characters or titles created by or for the benefit of [Bowie] . . . and any right to merchandise any name, trademark, character or image of, including or pertaining to Bowie or Bowie Material . . . "; and

    f.  "Any and all right, title and interest, including rights to cash flow, receipts or revenue of any kind from any other tangible or intangible now known or hereinafter discovered, which relate in any way to the Assets, Bowie or any Bowie Material.

40.    Pursuant to the 1996 Agreement, the parties agreed that Bowie's purchase of the Assets gave Bowie, *inter alia,* the following rights and interests:

    a.  The right for Bowie to receive and collect all "Gross Receipts" on all exploitations of the Assets, which included "any and all forms of income or compensation... paid on account of or in respect of any of the Assets";

b. "[T]he sole and exclusive right throughout the world and universe to . . . [s]ecure copyright registration and protection of any Assets in [Bowie's] name . . . [and to] possess, retain and exploit, in perpetuity, in any manner or media, any and all other rights now or hereafter existing in all Assets under any common law rights and all copyrights and all renewals, extensions and revisions thereof" (emphasis supplied);

c. "The right to use and reproduce [Bowie's] Name/Mark and the names of all writers, publishers and co-publishers of the Assets . . ."; and

d. "Any and all other rights of any nature relating to or pertaining to the Assets or the exploitation of the Assets."

41. Consistent with MainMan's sale to Bowie of every right it had or could have had with respect to the Assets, including all worldwide copyrights therein, MainMan gave Bowie various representations and warranties that Bowie would have "an undivided 100% ownership interest in and to all of Sellers right title and interest [sic] in and to the Assets. MainMan represented and warranted that, "[s]ubject to the rights of Third Parties constituting the Limitations on Rights, Seller is the sole and exclusive owner of the Assets, free and clear of any claims, demands, actions or other encumbrances by any person, firm or corporation, and Seller's transfer and sale of the Assets to Purchaser shall vest in Purchaser full marketable title in and to all Assets, free and clear of all claims, demands, actions or other encumbrances, except as aforesaid."

42. MainMan also represented and warranted that,"[e]xcept for the Limitations on Rights – which were specifically identified in the 1996 Agreement – no claims, demands, actions or other encumbrances exist or shall exist regarding any one (1) or more of the Assets by any person, firm or corporation other than Purchaser."

43.    MainMan further represented and warranted that, "[n]o monies or other contingent compensation shall be payable to any person, firm or corporation on exploitations of the Assets other than the Third Parties identified in the Limitations on Rights."

44.    The only limitations on the Assets sold by MainMan were expressly defined in Exhibit A to the 1996 Agreement. On Exhibit A, titled "Limitations on Rights," MainMan listed various parties who had rights to certain of Bowie's recordings. None of the enumerated "Limitations" on the rights sold to Bowie entitled MainMan to exploit the Recordings or Compositions, nor do nor can any of the Defendants claim such a right emanates from these "Limitations."

45.    In exchange for the sale of the aforesaid rights, Defries/MainMan was paid a significant purchase price amounting to millions of dollars.

46.    Paragraph 11(d) of the 1996 Agreement provides that, if any action, suit or proceeding arising from or based upon the agreement, is commenced by either party against the other, the prevailing party shall be entitled to recover its attorneys' fees and costs from the other party.

47.    The 1996 Agreement further provides that all provisions of the agreement shall be binding and inure to the benefit of the respective successors and permitted assigns of the parties.

48.    In connection with the 1996 Agreement, Defries signed a "Certification" in his individual capacity as well as in his capacity as a "duly authorized officer" of MainMan. Defries certified, *inter alia* that (a) "the representations and warranties of the Seller in the [1996] Agreement are true and correct on and as of the dates set forth in the Agreement"; (b) no other party has any interest in the Assets, other than Bowie and as set forth on the Limitations on Rights; and (c) "Following the consummation of the transaction described in the [1996]

Agreement, none of the undersigned, the Seller or any entity owned in whole or in part, directly or indirectly, by the undersigned or the Seller will retain any interest in any of the Assets or any property, tangible or intangible, recorded, produced, created or relating to Jones [Bowie]." Defries further certified that "[t]he certifications set forth herein are for the benefit of, any may be relied upon by, any and all owners and licensees of any of the Assets or any interest in any of the Assets."

49.    As a result of the 1996 Agreement, MainMan no longer holds any rights with respect to Bowie, his name and likeness, the Bowie Recordings, the Compositions or any of the "Bowie Material" at issue herein.

**B.    Bowie Transfers All Of His Assets To JTE**

50.    In or about January 1997 Bowie transferred the Assets, as well as other assets that he held and subsequently acquired, to JTE-Trust A, a New York trust formed by Bowie (the "Trust Assets").

51.    Shortly thereafter, on January 3, 1997, JTE-Trust A contributed all of the Trust Assets to JTE under a Contribution Agreement.

52.    As a result of these agreements, JTE became the absolute owner of Bowie's master recordings and audio visual recordings, including the Recordings and the worldwide copyrights therein, in addition to other Assets. JTE also became an owner or co-owner of certain of the Compositions together with EMI Music Publishing, Ltd. and the EMI Publishing entities in the United States.

53.    JTE filed the necessary assignments with the U.S. Copyright Office for each of the Bowie Recordings and Compositions the copyrights to which had been conveyed to it.

54.     Each of the Recordings (with the exception of Pre-1972 Sound Recordings) and Compositions have been duly registered with the U.S. Copyright Office in accordance with the necessary formalities, and Certificates of Registration have been obtained for each work. Included on Exhibit A hereto are the registration numbers (and, where applicable, the renewal registration numbers) for each work.

C.      **Defendants Are Unlawfully Exploiting
        The Infringing Recordings and Compositions**

55.     Some fifteen (15) years after Defries and the MainMan entities sold whatever rights they had in and to the Bowie Recordings to Bowie, and almost two decades after MainMan sold its entire music publishing business and all copyrights in musical compositions to EMI Music Publishing Ltd., Defries apparently decided that he could simply pretend that the agreements he had entered into did not exist and that he could magically retrieve the copyrights in Recordings and Compositions he had sold years ago.

56.     MMRX and Defries therefore decided to simply commence exploiting, through IODA, the very Compositions that they sold under the 1992 Publishing Agreement and the Bowie Recordings that they sold under the 1996 Agreement.

57.     Upon information and belief, MMRX and Defries contend that they have the right to exploit the Recordings based on supposed copyright ownership rights obtained in the 1970s from the late musician Mick Ronson, who in the twenty years before he died in 1992 had never claimed to have, never did have and never registered any copyright ownership interest in any of the Recordings or Compositions.  Ronson did perform on some, but not all, of the Recordings that are being unlawfully exploited by Defendants but in the nearly forty years since the

Recordings and Compositions were published and copyrighted, has never been and never claimed to be a copyright owner thereof.

58.     In addition to the fact that Ronson and his heirs never claimed any copyright interest in any of the Recordings or Compositions – and any such claim, even assuming it ever had any basis, which it does not, would therefore have been time barred more than 30 years ago - Defendants sold whatever rights they had or could have had through the alleged rights derived through Mick Ronson pursuant to the terms of the 1992 and 1996 Agreements.

59.     Whether based on the recently fabricated attribution of a copyright interest in Ronson or simply based on piracy born of pure greed, MMRX and Defries are exploiting each of the Infringing Recordings, many of which do not even include Mr. Ronson as an artist (and which therefore would not entitle Defendants to exploit the Infringing Recordings even under Defries' baseless claim of a copyright interest derived from Mick Ronson).  Defendants have unlawfully authorized such popular online sites as iTunes, Amazon.com, Spotify and Napster, among others, to sell the Infringing Recordings and hence are equally infringing the Compositions embodied on such infringing Recordings.

60.     In exploiting the Infringing Recordings, Defendants have altered the name of or credits for some of the well-known Recordings.  For example, on the album *Pin Ups*, Defendants altered each of the song tracks to include the parenthetical "(featuring Mick Ronson)" as part of the song title.  In connection with Defendants' unlawful exploitation of the albums, *Hunky Dory*, *The Rise and Fall of Ziggy Stardust and the Spiders from Mars, Bowie at the Beeb* and *The Man Who Sold the World*, Defendants have falsely identified the "artist" of such albums as "David Bowie and Mick Ronson" when in fact the albums were and always have been David Bowie albums (on which Mick Ronson performed on some tracks as a musician).

16

61.     Defendants have also unlawfully used the DAVID BOWIE Mark in connection with their unauthorized activities.

62.     Despite written demand that Defendants cease and desist their infringing and unlawful activity, Defendants failed to do so.  Plaintiffs first sent written notice to IODA in March 2011 and demanded that they immediately cease and desist from exploiting the Infringing Recordings.  IODA refused to do so for over six months.  On August 26, 2011, Plaintiffs sent written notice to all Defendants and demanded that they immediately confirm that they have ceased their infringing conduct, send to Plaintiffs all relevant documentation concerning their infringing activity and account to Plaintiffs for all revenues receives in connection with their unlawful activities.  A copy of this demand is attached hereto as Exhibit B.  While IODA eventually notified Plaintiffs that it had issued take-down notices for the Infringing Recordings, and eventually turned over certain limited sales information, the remaining Defendants have not complied with any of these requests or otherwise responded to Plaintiffs' demands.

## FIRST CAUSE OF ACTION
### (Copyright Infringement of the Recordings Against MMRX, Defries and IODA)

63.     Plaintiffs repeat and reallege each and every allegation contained in Paragraphs 1 through 62 hereinabove as if the same were fully set forth at length herein.

64.     The Recordings are original works, copyrightable and copyrighted under 17 U.S.C. § 102.  JTE is a lawful owner, and Capitol Records is the exclusive U.S. licensee, of the copyrights in and to the Bowie Recordings.  Capitol Records is the exclusive U.S. licensee of the Iggy Pop Recordings.  As such, JTE and Capitol Records and only JTE and Capitol Records have the exclusive rights under copyright to, *inter alia*, manufacture, sell, license, lease and otherwise

17

exploit the Recordings in phonorecords or digital or other format, to prepare derivative works based on the Recordings, and to publicly perform the Recordings. 17 U.S.C. § 106.

65.    By manufacturing, licensing, reproducing, publicly performing and distributing the Infringing Recordings, MMRX, Defries and IODA have infringed JTE's and Capitol Records' exclusive copyright rights in the Recordings, in violation of the U.S. Copyright Act, 17 U.S.C. §§101 et. seq.

66.    The infringement of each such Recording is a separate and distinct act of infringement.

67.    Each separate act of infringement by these Defendants was willful, intentional, and purposeful and in disregard of and with indifference to the rights of JTE and Capitol Records.

68.    As a direct and proximate result of the infringements by MMRX, Defries and IODA, JTE and Capitol Records are entitled to damages and MMRX's, Defries's and IODA's profits in amounts to be proven at trial, which are not currently ascertainable. If necessary, JTE and Capitol Records will seek leave to amend this Complaint to state the full amount of such damages and profits when such amounts have been ascertained.

69.    Alternatively, JTE and Capitol Records are entitled to the maximum statutory damages in the amount of $150,000 with respect to each work infringed, or for such other amounts as may be proper under 17 U.S.C.§504(c).

70.    JTE and Capitol Records are further entitled to attorneys' fees and costs pursuant to 17 U.S.C. §505.

71.    As a direct and proximate result of the foregoing acts and conduct, JTE and Capitol Records have sustained and will continue to sustain substantial, immediate, and

irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained by this Court, MMRX, Defries and IODA will continue to infringe JTE's and Capitol Records' rights in the Recordings.  JTE and Capitol Records are therefore entitled to permanent injunctive relief.

## SECOND CAUSE OF ACTION
### *(Copyright Infringement of the Compositions against MMRX, Defries and IODA)*

72.　Plaintiffs repeat and reallege each and every allegation contained in Paragraphs 1 through 71 hereinabove as if the same were fully set forth at length herein.

73.　The Compositions are original works, copyrightable under 17 U.S.C. § 102.  JTE and/or EMI Publishing, in accordance with the schedule set forth on Exhibit A, has the exclusive right (along with their co-owners, which do not include any of the Defendants) to exploit and administer the Compositions in the United States.  As such, they have the exclusive rights to, *inter alia*, reproduce the Compositions, prepare derivative works based on the Compositions, publicly perform and distribute copies of the Compositions.

74.　By licensing, publicly performing, reproducing, and distributing copies of the Infringing Recordings, MMRX, Defries and IODA have infringed JTE's and EMI Publishing's exclusive copyright rights in the Compositions, in violation of the U.S. Copyright Act, 17 U.S.C. §§101 et. seq.

75.　Each separate unauthorized use of each Composition is a separate and distinct act of infringement.

76.　The aforesaid acts of infringement by MMRX, Defries and IODA were willful, intentional, and purposeful and in disregard of and with indifference to the rights of JTE and EMI Publishing.

77.     As a direct and proximate result of the infringements by MMRX, Defries and

IODA, JTE and EMI Publishing are entitled to damages and these Defendants' profits in amounts

to be proven at trial, which are not currently ascertainable.  If necessary, JTE and EMI Publishing

will seek leave to amend this Complaint to state the full amount of such damages and profits

when such amounts have been ascertained.

78.     Alternatively, EMI Publishing and JTE are entitled to the maximum statutory

damages in the amount of $150,000 with respect to each work infringed, or for such other

amounts as may be proper under 17 U.S.C.§504(c).

79.     EMI Publishing and JTE are further entitled to attorneys' fees and costs pursuant

to 17 U.S.C. §505.

80.     As a direct and proximate result of the foregoing acts and conduct, EMI

Publishing and JTE have sustained and will continue to sustain substantial, immediate, and

irreparable injury, for which there is no adequate remedy at law.  Unless enjoined and restrained

by this Court, MMRX, Defries and IODA will continue to infringe JTE's and EMI Publishing's

rights in the Compositions.  JTE and EMI Publishing are entitled to permanent injunctive relief.

### THIRD CAUSE OF ACTION
*(Common-Law Copyright Infringement of Pre-1972 Sound Recordings against MMRX,*
*Defries and IODA)*

81.     Plaintiffs repeat and reallege each and every allegation set forth in Paragraphs 1

through 80 hereinabove as if the same were fully set forth at length herein.

82.     The Pre-1972 Sound Recordings are subject to common-law copyright protection

under the laws of the State of New York.  As the exclusive licensee in the United States of the

Pre-1972 Sound Recordings, Capitol Records possesses the exclusive right to manufacture, copy,

20

perform, sell, distribute and otherwise exploit the Pre-1972 Sound Recordings in the United States.

83.     Capitol Records has not granted or licensed to Defendants any rights with respect to the Pre-1972 Sound Recordings.  Defendants' performance, reproduction and distribution of unauthorized copies of the Pre-1972 Sound Recordings, including but not limited to those listed on Exhibit A hereto, constitute infringement of the common-law copyright rights in the Pre-1972 Sound Recordings.

84.     As a direct and proximate result of Defendants' willful and reckless copyright infringement, Capitol is entitled to compensatory damages in such amounts as will be proven at trial, as well as punitive damages.

85.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Capitol great and irreparable injury that cannot fully be compensated or measured in money damages.  Capitol has no adequate remedy at law and is entitled to permanent injunctive relief prohibiting Defendants from further violating its rights in the Pre-1972 Sound Recordings.

### FOURTH CAUSE OF ACTION
*(Unfair Competition as to Pre-1972 Sound Recordings against MMRX, Defries and IODA)*

86.     Plaintiffs repeat and reallege each and every allegation set forth in Paragraphs 1 through 85 hereinabove as if the same were fully set forth at length herein.

87.     Plaintiff Capitol Records possesses exclusive rights in and to the Pre-1972 Sound Recordings and is engaged in the business of selling, distributing and otherwise commercially exploiting the Pre-1972 Sound Recordings in the United States, and licensing others to do the same.  Plaintiff Capitol Records has made a substantial investment of money, creative talents and

other resources in order to develop, market, promote, and commercially exploit these sound recordings.

88.    Through the conduct described above, Defendants are violating Capitol Records' rights in the Pre-1972 Sound Recordings, including but not limited to those recordings listed in Exhibit A hereto, and are guilty of unfair competition under the common law of the State of New York.   By performing, reproducing, distributing, and otherwise commercially exploiting unauthorized copies of the Pre-1972 Sound Recordings, Defendants compete directly with Capitol Records and its lawful licensees, and further take advantage of and undermine Capitol Records' substantial creative and financial investment in the Pre-1972 Sound Recordings. Defendants are willfully, wantonly and unfairly appropriating Capitol Records' rights to the Pre-1972 Sound Recordings for their own commercial benefit.

89.    As a direct and proximate result of Defendants' unlawful conduct, Capitol Records is entitled to compensatory damages in such amounts as will be proven at trial, as well as punitive damages.

90.    Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Capitol Records great and irreparable injury that cannot fully be compensated or measured in money damages.   Capitol Records has no adequate remedy at law and is entitled to permanent injunctive relief prohibiting Defendants from further violating its rights in the Pre-1972 Sound Recordings.

## FIFTH CAUSE OF ACTION
*(Trademark Infringement Under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114 against MMRX, Defries and IODA)*

91.   Plaintiffs repeat and reallege each and every allegation set forth in Paragraphs 1 through 90 hereinabove as if the same were fully set forth at length herein.

22

92.     The DAVID BOWIE Mark is a registered mark, entitled to and deserving of protection against the unauthorized use of identical and confusingly similar marks.

93.     JTE is the exclusive licensee of Bowie in connection with the use of the DAVID BOWIE Mark on the Bowie Recordings.

94.     MMRX, Defries and IODA have used the DAVID BOWIE Mark in commerce in connection with the distribution, sale and advertising of the Infringing Recordings.

95.     These Defendants' use of Bowie's DAVID BOWIE Mark, as described above, is without Bowie's or JTE's permission or authority.

96.     MMRX's, Defries's and IODA's activities are likely to lead to and result in consumer confusion, mistake or deception, and are likely to cause consumers and the public to believe that the use of the DAVID BOWIE Mark in connection with the exploitation of the Infringing Recordings is authorized or that the Bowie Albums are now to be considered as Bowie/Ronson collaborations, which is untrue.

97.     MMRX's, Defries's and IODA's acts are deliberate and intended to confuse consumers and the public as to the source of Bowie's services and the credit to be accorded Bowie and Ronson respectively in connection with the Recordings and to injure Bowie and reap the benefit of Bowie's goodwill associated with Bowie's DAVID BOWIE Mark.

98.     MMRX's, Defries's and IODA's acts violate Section 32(1) of the Lanham Act, 15 U.S.C. §1114.

99.     As a direct and proximate result of MMRX's, Defries's and IODA's actions, JTE is entitled to damages and MMRX's, Defries's and IODA's profits in amounts to be proven at trial, which are not currently ascertainable, and the costs and attorneys' fees of this action under 15 U.S.C. § 1117(a).

100.    JTE is also entitled to treble damages under 15 U.S.C. § 1117(b).

101.    In addition, as a direct and proximate result of MMRX's, Defries's and IODA's willful and unlawful conduct, JTE has been injured and will continue to suffer injury to his business and reputation unless MMRX, Defries and IODA are restrained from infringing the DAVID BOWIE Mark.

### SIXTH CAUSE OF ACTION
#### (Unfair Competition and False Advertising Under 15 U.S.C. §1125(a) against MMRX and Defries)

102.    Plaintiffs repeat and reallege each and every allegation set forth in Paragraphs 1 through 101 hereinabove as if the same were fully set forth at length herein.

103.    MMRX and Defries, by and through their false and misleading representations of fact, have misrepresented in commerce the nature, characteristics, and qualities of the Infringing Recordings.  Specifically, MMRX and Defries have stated, and continue to state that they are selling "David Bowie and Mick Ronson" recordings even though they have no rights to Bowie's Recordings as neither JTE nor EMI have authorized MMRX or Defries to exploit the Recordings and the Recordings are not and never have been "Mick Ronson" recordings.

104.    MMRX's and Defries' statements are literally false as they have no right to exploit the Infringing Recordings.  Moreover, these statements are also false in that the recordings at issue are not, in fact, "David Bowie and Mick Ronson" recordings; they are David Bowie recordings.  In addition, Mr. Ronson does not appear on many of the Infringed Recordings even though MMRX and Defries have represented that he does.

105.    MMRX and Defries made such false and misleading statements for the sole purpose to influence users to purchase the Infringing Recordings.  MMRX's and Defries's

24

statements constitute a false designation of origin and a false representation that Bowie authorized or granted a license to MMRX and Defries to exploit the Infringing Recordings

106.     MMRX's and Defries' statements have actually deceived, or have a tendency to deceive, a substantial segment of its audience.

107.     MMRX and Defries disseminated such false and misleading statements in interstate commerce.

108.     As a direct and proximate result of MMRX's and Defries's actions, Plaintiffs are entitled to damages in an amount to be proven at trial.

109.     Because MMRX's and Defries's actions are wanton, willful and malicious, Plaintiffs are entitled to an award of punitive damages in an amount to be proven at trial.

## SEVENTH CAUSE OF ACTION
### *(Breach of Contract against MainMan)*

110.     Plaintiffs repeat and reallege each and every allegation set forth in Paragraphs 1 through 109 hereinabove as if the same were fully set forth at length herein.

111.     Under the 1996 Agreement, MainMan and its affiliated entities sold and transferred to Bowie every conceivable right, claim or interest they had in all of the Assets, including the Bowie Recordings and all other Bowie Material.

112.     Bowie performed his obligations under the 1996 Agreement.

113.     JTE and Capitol are Bowie's successors in interest and/or assigns with respect to the 1996 Agreement and the right to exploit the Bowie Recordings in the United States.

114.     By exploiting and exercising alleged ownership rights over the Recordings in derogation of Bowie's successors'/assigns' rights in and to the Bowie Recordings, MainMan has materially breached the 1996 Agreement through the conduct described herein, including but not

limited to its breach of the various representations and warranties contained in the 1996 Agreement.

115.   As a direct and proximate result of MainMan's breaches of the 1996 Agreement, Bowie, JTE and Capitol Records are  entitled to damages in an amount to be proven at trial. Bowie, JTE and Capitol Records are also entitled to reimbursement of the costs and attorneys' fees that they have incurred and will incur in this action as a result of MainMan's willful breaches of the 1996 Agreement.

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

1.   That each of the Defendants, and each of their agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, be preliminarily and permanently enjoined and restrained from any recording, manufacturing, reproducing, distributing, performing, transmitting, selling, promoting, advertising, or any other use or exploitation of the Infringing Recordings and the Compositions, and each of them, in whole or in part.

2.   That MMRX and Defries be ordered to destroy all copies of the Infringing Recordings within their possession, custody or control, including all copies residing on digital media or computer hardware.

3.   That MMRX and Defries be directed to file with this Court and to serve on Plaintiffs, within thirty (30) days after service upon MMRX and Defries of this Court's order or injunction issued in this action, a written report by MMRX and Defries, signed under oath, setting forth in detail the manner in which MMRX and Defries have complied with the injunction and order of destruction.

4.      That MMRX and Defries be required to account for and pay over to Plaintiffs all revenues derived from exploitation of the Infringing Recordings and Compositions.

5.      That Plaintiffs be awarded all damages to which Plaintiffs may be entitled, on the First and Second Causes of Action, including Defendants' profits, in such amounts as may be found, or, in the alternative and at Plaintiffs' election, for statutory damages in the maximum amount allowed by law.

6.      That Plaintiffs be awarded damages to which Plaintiffs may be entitled on the Third, Fourth, Fifth, Sixth and Seventh Causes of Action.

7.      That Plaintiffs be awarded punitive damages in an amount to be determined at trial.

8.      That Plaintiffs be awarded its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505 and the 1996 Agreement.

9.      That Plaintiffs be awarded prejudgment interest according to law.

10.      That the Court award Plaintiffs any and all further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand trial by jury, pursuant to Fed. R. Civ. P. 38(b), on all issues so triable.

Dated:  New York, New York
       September 28, 2011

Donald S. Zakarin
(dzakarin@pryorcashman.com)
Ilene S. Farkas
(ifarkas @pryorcashman.com)
Eric M. Fishman
(efishman@pryorcashman.com)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Phone:  (212) 421-4100

*Attorneys for Plaintiffs*

# EXHIBIT A

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Aladdin Sane | David Bowie | Watch That Man | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE842176 RE842187 |
| Aladdin Sane | David Bowie | Aladdin Sane (1913 - 1938 - 1977) | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE839770 RE860851 |
| Aladdin Sane | David Bowie | Drive in Saturday | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE839206 |
| Aladdin Sane | David Bowie | Panic in Detroit | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE842178 RE842185 |
| Aladdin Sane | David Bowie | Cracked Actor | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE842175 RE842188 |
| Aladdin Sane | David Bowie | Time | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE842177 RE842189 |
| Aladdin Sane | David Bowie | The Prettiest Star | Capitol Records, LLC and JTE | | RE0000860851 | |
| Aladdin Sane | David Bowie | Let's Spend the Night Together | Capitol Records, LLC and JTE | | RE0000860851 | |
| Aladdin Sane | David Bowie | The Jean Genie | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE815313 RE860860 |
| Aladdin Sane | David Bowie | Lady Grinning Soul | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000860851 | RE839769 RE842186 |
| Bowie at the Beeb | David Bowie | In the Heat of the Morning | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | London Bye Ta Ta | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Karma Man | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Silly Boy Blue | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Let Me Sleep Beside You | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Janine | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815303 RE860856 |
| Bowie at the Beeb | David Bowie | Amsterdam | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | God Knows I'm Good | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE81530 RE860857 |

1

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Bowie at the Beeb | David Bowie | The Width of a Circle | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810397 RE810432 RE815311 |
| Bowie at the Beeb | David Bowie | Unwashed and Somewhat Slightly Dazed | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815305 |
| Bowie at the Beeb | David Bowie | Cygnet Committee | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815312 RE860855 |
| Bowie at the Beeb | David Bowie | Memory of a Free Festival | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Wild Eyed Boy from Freecloud | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Bombers | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE860854 |
| Bowie at the Beeb | David Bowie | Looking for a Friend | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE853074 |
| Bowie at the Beeb | David Bowie | Almost Grown | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Kooks | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE796780 RE815285 |
| Bowie at the Beeb | David Bowie | It Ain't Easy | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | The Supermen | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810400 RE810431 RE815299 |
| Bowie at the Beeb | David Bowie | Eight Line Poem | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE796778 RE815287 |
| Bowie at the Beeb | David Bowie | Hang On to Yourself | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810392 RE815290 RE819470 |
| Bowie at the Beeb | David Bowie | Ziggy Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815289 RE818064 |
| Bowie at the Beeb | David Bowie | Queen Bitch | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810419 RE815281 |
| Bowie at the Beeb | David Bowie | I'm Waiting for the Man | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Five Years | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE818061 RE815296 |
| Bowie at the Beeb | David Bowie | White Light / White Heat | Capitol Records, LLC and JTE | | SR0000287227 | |

2

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Bowie at the Beeb | David Bowie | Moonage Daydream | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810393 RE815294 RE819469 |
| Bowie at the Beeb | David Bowie | Hang On to Yourself | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810392 RE815290 RE819470 |
| Bowie at the Beeb | David Bowie | Suffragette City | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE819468 RE832862 |
| Bowie at the Beeb | David Bowie | Ziggy Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE810397 RE810432 RE815311 |
| Bowie at the Beeb | David Bowie | Starman | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815293 RE818062 |
| Bowie at the Beeb | David Bowie | Space Oddity | Capitol Records, LLC and JTE | | SR0000287227 | |
| Bowie at the Beeb | David Bowie | Oh! You Pretty Things | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE796848 |
| Bowie at the Beeb | David Bowie | Andy Warhol | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE796782 RE815283 RE839387 |
| Bowie at the Beeb | David Bowie | Lady Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815292 RE818086 |
| Bowie at the Beeb | David Bowie | Rock & Roll With Me | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000287227 | RE815288 RE818060 |
| Holiday Gift Pack | Iggy Pop | T.V. Eye | Capitol Records, LLC | | RE0000780883 | |
| Holiday Gift Pack | Iggy Pop | Funtime | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000780883 | RE912360 RE913868 |
| Lust For Life | Iggy Pop | Sixteen | Capitol Records, LLC | | RE0000780883 | |
| Holiday Gift Pack | Iggy Pop | I Got A Right | Capitol Records, LLC | | RE0000780883 | |
| Holiday Gift Pack | Iggy Pop | Lust For Life | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000780883 | RE912871 RE913890 |
| Wild Animal | Iggy Pop | Dirt | Capitol Records, LLC | | RE0000780883 | |
| The Idiot | Iggy Pop | Nightclubbing | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE0000780883 | RE912359 RE913867 |
| Holiday Gift Pack | Iggy Pop | I Wanna Be Your Dog | Capitol Records, LLC | | RE0000780883 | |
| Hunky Dory | David Bowie | Changes | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE 796777 RE815279 |
| Hunky Dory | David Bowie | Oh! You Pretty Things | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796848 |

3

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Hunky Dory | David Bowie | Eight Line Poem | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796778 RE815287 |
| Hunky Dory | David Bowie | Life on Mars? | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796779 RE815286 |
| Hunky Dory | David Bowie | Kooks | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796780 RE815285 |
| Hunky Dory | David Bowie | Quicksand | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796781 RE815284 |
| Hunky Dory | David Bowie | Fill Your Heart | Capitol Records, LLC and JTE | | pre-1972 | |
| Hunky Dory | David Bowie | Andy Warhol | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796782 RE815283 RE839387 |
| Hunky Dory | David Bowie | Song for Bob Dylan | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796783 RE815282 |
| Hunky Dory | David Bowie | Queen Bitch | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810419 RE815281 |
| Hunky Dory | David Bowie | The Bewlay Brothers | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE796776 RE815280 |
| Pin Ups | David Bowie | Rosalyn | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Here Comes the Night | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | I Wish You Would | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | See Emily Play | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Everything's Alright | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | I Can't Explain | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Friday on My Mind | Capitol Records, LLC and JTE | EMI UNART CATALOG INC | N14159 | RE735136 |
| Pin Ups | David Bowie | Sorrow | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Don't Bring Me Down | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Shapes of Things | Capitol Records, LLC and JTE | EMI UNART CATALOG INC. | N14159 | |

4

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Pin Ups | David Bowie | Anyway, Anyhow, Anywhere | Capitol Records, LLC and JTE | | N14159 | |
| Pin Ups | David Bowie | Where Have All the Good Times Gone! | Capitol Records, LLC and JTE | | N14159 | |
| The Idiot | Iggy Pop | Sister Midnight | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE911994 |
| The Idiot | Iggy Pop | Nightclubbing | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912359 RE913867 |
| Nude & Rude - The Best Of Iggy Pop | Iggy Pop | Funtime | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | SR 201-176 | RE912360 RE913868 |
| The Idiot | Iggy Pop | Baby | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912358 RE913866 |
| Nude & Rude - The Best Of Iggy Pop | Iggy Pop | China Girl | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | SR 201-176 | RE912356 RE913864 |
| The Idiot | Iggy Pop | Dum Dum Boys | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912357 RE913865 |
| The Idiot | Iggy Pop | Tiny Girls | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912354 RE913862 |
| The Idiot | Iggy Pop | Mass Production | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912355 RE913863 |
| Lust For Life | Iggy Pop | Lust For Life | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912871 RE913890 |
| Lust For Life | Iggy Pop | Sixteen | Capitol Records, LLC | | N45278 | |
| Lust For Life | Iggy Pop | Some Weird Sin | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | SR 201-176 | RE912873 RE913891 |
| Lust For Life | Iggy Pop | The Passenger | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. | N45278 | RE912857 |
| Lust For Life | Iggy Pop | Tonight | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912874 RE913892 |
| Lust For Life | Iggy Pop | Success | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912869 RE913888 |
| Lust For Life | Iggy Pop | Turn Blue | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912856 RE913886 |
| Lust For Life | Iggy Pop | Neighborhood Threat | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912868 RE913887 |
| Lust For Life | Iggy Pop | Fall In Love With Me | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | N45278 | RE912870 RE913889 |
| Nude & Rude - The Best Of Iggy Pop | Iggy Pop | China Girl | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | SR 201-176 | RE912356 RE913864 |

5

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| The Idiot | Iggy Pop | Dum Dum Boys | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912357 RE913865 |
| The Idiot | Iggy Pop | Baby | Capitol Records, LLC | SCREEN GEMS-EMI MUSIC INC. and JTE | RE919-737 | RE912358 RE913866 |
| The Man Who Sold the World | David Bowie | The Width of a Circle | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810397 RE810432 RE815311 |
| The Man Who Sold the World | David Bowie | All the Madmen | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810430 RE810396 RE815307 |
| The Man Who Sold the World | David Bowie | Black Country Rock | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810429 RE810398 RE815308 |
| The Man Who Sold the World | David Bowie | After All | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE229316 RE810395 RE815309 |
| The Man Who Sold the World | David Bowie | Running Gun Blues | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810423 RE810427 RE815310 |
| The Man Who Sold the World | David Bowie | Saviour Machine | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810401 RE810426 RE815298 |
| The Man Who Sold the World | David Bowie | She Shook Me Cold | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810402 RE810425 RE815297 |
| The Man Who Sold the World | David Bowie | The Man Who Sold the World | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810424 RE810428 RE815278 |
| The Man Who Sold the World | David Bowie | The Supermen | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | pre-1972 | RE810400 RE810431 RE815299 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Five Years | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE818061 RE815296 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Soul Love | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815295 RE818063 |

6

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Moonage Daydream | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE810393 RE815294 RE819469 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Starman | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815293 RE818062 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | It Ain't Easy | Capitol Records, LLC and JTE | | N00000001548/ RE0000919238 | |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Lady Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815292 RE818086 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Star | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815291 RE819467 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Hang On to Yourself | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE810392 RE815290 RE819470 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Ziggy Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815289 RE818064 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Suffragette City | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE819468 RE832862 |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | David Bowie | Rock 'N' Roll Suicide | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | N00000001548/ RE0000919238 | RE815288 RE818060 |
| Ziggy Stardust - The Motion Picture | David Bowie | Hang On to Yourself | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE810392 RE815290 RE819470 |
| Ziggy Stardust - The Motion Picture | David Bowie | Ziggy Stardust | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE815289 RE818064 |
| Ziggy Stardust - The Motion Picture | David Bowie | Watch That Man | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE842176 RE842187 |
| Ziggy Stardust - The Motion Picture | David Bowie | Wild Eyed Boy from Freecloud | Capitol Records, LLC and JTE | | SR0000052331 | |
| Ziggy Stardust - The Motion Picture | David Bowie | Oh! You Pretty Things | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE796848 |

7

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Ziggy Stardust - The Motion Picture | David Bowie | Moonage Daydream | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE810393 RE815294 RE819469 |
| Ziggy Stardust - The Motion Picture | David Bowie | Space Oddity | Capitol Records, LLC and JTE | | SR0000052331 | |
| Ziggy Stardust - The Motion Picture | David Bowie | My Death | Capitol Records, LLC and JTE | | SR0000052331 | |
| Ziggy Stardust - The Motion Picture | David Bowie | Cracked Actor | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE842175 RE842188 |
| Ziggy Stardust - The Motion Picture | David Bowie | Time | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE842177 RE842189 |
| Ziggy Stardust - The Motion Picture | David Bowie | Width of a Circle | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE810397 RE810432 RE815311 |
| Ziggy Stardust - The Motion Picture | David Bowie | Changes | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE 796777 RE815279 |
| Ziggy Stardust - The Motion Picture | David Bowie | Let's Spend the Night Together | Capitol Records, LLC and JTE | | SR0000052331 | |
| Ziggy Stardust - The Motion Picture | David Bowie | Suffragette City | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE819468 RE832862 |
| Ziggy Stardust - The Motion Picture | David Bowie | White Light / White Heat | Capitol Records, LLC and JTE | | SR0000052331 | |
| Ziggy Stardust - The Motion Picture | David Bowie | Rock 'N' Roll Suicide | Capitol Records, LLC and JTE | SCREEN GEMS-EMI MUSIC INC. and JTE | SR0000052331 | RE815288 RE818060 |
| Skin it Back | Mellencamp, John | American Dream | | COLGEMS-EMI MUSIC INC. | | RE893322 |
| | Mellencamp, John | American Fool | | EMI FULL KEEL MUSIC INC. | | Pau 812-488 |
| Americal Fool | Mellencamp, John | Can You Take It | | EMI FULL KEEL MUSIC INC. | | PA 153-025 |
| Skin it Back | Mellencamp, John | Cheap Shot | | EMI FULL KEEL MUSIC INC. | | PA 97 599 |
| Early Years | Mellencamp, John | Chestnut Street | | COLGEMS-EMI MUSIC INC. | | RE892515 RE892557 |
| Skin it Back | Mellencamp, John | Chestnut Street Revisited | | COLGEMS-EMI MUSIC INC. | | RE892515 RE892557 |
| Americal Fool | Mellencamp, John | Close Enough | | EMI FULL KEEL MUSIC INC. | | PA 153-027 |
| Americal Fool | Crane, Larry/Mellencamp, John | Danger List | | EMI FULL KEEL MUSIC INC. | | PA 153 024 |
| Skin is Back | Green, George Michael/Mellencamp, John | Dream Killin' Town | | COLGEMS-EMI MUSIC INC. | | RE893325 |

8

| Album Title | Artist | Song Title | Plaintiff - Recording | Plaintiff - Composition | US Copyright Reg. # for Recording | US Copyright Reg. # for Composition |
|---|---|---|---|---|---|---|
| Early Years | Mellencamp, John | Gearhead | | COLGEMS-EMI MUSIC INC. | | RE893323 |
| Early Years | Mellencamp, John | Good Girls | | COLGEMS-EMI MUSIC INC. | | RE912132 |
| Early Years | Mellencamp, John | Hand to Hold Onto | | EMI FULL KEEL MUSIC INC. | | RE893324 |
| Americal Fool | Mellencamp, John/Green, George Michael | Hurts So Good | | EMI FULL KEEL MUSIC INC. | | PA 153-023 |
| Americal Fool | Mellencamp, John | Jack Diane | | EMI FULL KEEL MUSIC INC. | | PA 153-021 |
| Skin it Back | Mellencamp, John | R. Gane | | COLGEMS-EMI MUSIC INC. | | PA 153-022 |
| Skin it Back | Green, George Michael/Mellencamp, John | Sad Lady | | COLGEMS-EMI MUSIC INC. | | RE912131 |
| Skin it Back | Mellencamp, John | Sidewalks & Streetlights | | COLGEMS-EMI MUSIC INC. | | RE893327 |
| Skin it Back | Mellencamp, John | Take What You Want | | COLGEMS-EMI MUSIC INC. | | RE912135 |
| Skin it Back | Mellencamp, John | American Son | | COLGEMS-EMI MUSIC INC. | | RE912134 |
| Skin it Back | Mellencamp, John | Kid Inside | | COLGEMS-EMI MUSIC INC. | | RE911141 |
| Lust For Life | Pop, Iggy/Gardiner, Ricky | The Passenger | | SCREEN GEMS-EMI MUSIC INC. | | RE911140 |
| Americal Fool | Mellencamp, John/Green, George Michael | Thundering Hearts | | EMI FULL KEEL MUSIC INC. | | RE912857 |
| Early Years | Mellencamp, John | Too Young to Live | | COLGEMS-EMI MUSIC INC. | | PA 153-026 |
| Americal Fool | Mellencamp, John | Weakest Moments | | EMI FULL KEEL MUSIC INC. | | RE893495 |
| Skin it Back | Mellencamp, John | Young Genocides | | COLGEMS-EMI MUSIC INC. | | PA 153 028 |
| | | | | | | RE912133 |

# EXHIBIT B



**PRYOR CASHMAN LLP**

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

Donald S. Zakarin
Partner

Direct Tel: 212-326-0108
Direct Fax:  212-798-6306
dzakarin@pryorcashman.com

August 26, 2011

BY EMAIL AND
REGISTERED MAIL
<u>RETURN RECEIPT REQUESTED</u>

Mr. Tony Defries
MMRX
MainMan
c/o Maag, Mulli, Schob & Partner
Kohlrainstrasse 10
CH-8700 Kusnacht-Zurich
SWITZERLAND

Email: MMTek2@gmail.com

Re:      <u>Unauthorized Exploitation of Sound Recordings and Compositions</u>

Dear Mr. Defries:

　　　We are litigation counsel to the EMI Music Publishing corporations (collectively, "EMI Publishing"), EMI Music North America and its affiliates ("EMI Music"), David Bowie and Jones/Tintoretto Entertainment Company, LLC ("JTE"). EMI Music is the exclusive licensee of copyrighted master recordings embodying the performances of David Bowie (the world-wide copyrights in which are owed by JTE) and Iggy Pop.  EMI Publishing and/or JTE owns or co-owns the worldwide rights in certain musical compositions written and composed by David Bowie and John Mellencamp (among others) which are embodied on the recordings unlawfully licensed by you and/or MMRX, directly and indirectly through IODA and others.

　　　Based on our investigation, we have discovered that an entity by the name "MMRX," which we have good reason to believe is owned and/or controlled by you, has undertaken to directly exploit and to license the further exploitation of sound recordings owned and/or controlled by JTE and/or EMI Music which embody the performances of David Bowie and Iggy Pop, which are identified on the attached Schedule A (collectively, the "Infringing Recordings").

# PRYOR CASHMAN LLP

Mr. Tony Defries
MMRX
August 26, 2011
Page 2 of 4

We have determined that MMRX has exploited these recordings, directly and indirectly, digitally through various licensees, including but not limited to iTunes, Amazon.com, Spotify, Napster, Rhapsody, IODA, Microsoft and others.

In addition, through its exploitation of the Infringing Recordings, MMRX is also infringing EMI Publishing's and/or JTE's copyrights in the underlying compositions embodied on the Infringing Recordings. An infringer of a sound recording copyright is not entitled to secure a mechanical license, whether from The Harry Fox Agency ("HFA") or on a compulsory basis (and neither you nor any entity affiliated with you has any interest in any of the compositions that would have entitled you to issue a license to yourself or MMRX). Any purported license issued to any licensee exploiting any MMRX recordings are infringers as well and any licenses obtained from HFA could only have been obtained by false pretenses and are void. We are advised that HFA has taken steps to notify you that such licenses are void.

Neither EMI Music nor JTE has authorized the exploitation of any of the Infringing Recordings set forth on Schedule A. Be advised that Schedule A does not purport to be a comprehensive list of all Infringing Recordings being unlawfully exploited by MMRX but merely those that have been identified thus far by our clients through their investigation to date. Our investigation is continuing and, as and when we discover any additional infringing recordings and/or compositions, we will proceed against you and any and all other infringers without further warning. Since you are obviously aware of the full extent of your willfully infringing activity, through MMRX or any other entity, you would be well-advised to disclose such activity now voluntarily as you will be compelled to disclose such activity if we are required to commence an action against you and your licensees.

To be clear, MMRX's unauthorized commercial exploitation of the Infringing Recordings and the compositions embodied thereon constitutes willful copyright infringement in violation of the United States Copyright Act. In addition, MMRX's unauthorized commercial exploitation of Mr. Bowie's name and likeness violates his rights under federal trademark and unfair competition law, as well as state laws regarding his right of privacy and publicity (including New York Civil Rights Law Sections 50 and 51). Your conduct and MMRX's conduct also constitutes a cynical and purposeful breach of the December 1996 Purchase and Sale Agreement between Mr. Bowie and the various MainMan entities and conversion of the valuable property rights you sold for millions of dollars.

There should be no mistake on your part regarding our clients' intentions. Unless you comply in full with the following requirements by no later than the close of business in New York on Friday, September 2, 2011, we have been authorized to immediately commence action against you, MMRX and any and all others involved in the infringement of our clients' rights:

# PRYOR CASHMAN LLP

Mr. Tony Defries
MMRX
August 26, 2011
Page 3 of 4

1. Cease and desist from any and all exploitation of the Infringing Recordings and the underlying compositions and any other unauthorized uses of other sound recordings (and compositions) owned and/or controlled our clients now or in the future;

2. Provide us with all documentation pursuant to which MMRX or any other entity affiliated with or "licensed" by MMRX purported to license the use of the Infringing Recordings to any third party, including but not limited to copies of licenses, agreements, and/or other authorizations, if any, under which you claimed any rights to distribute the Infringing Recordings and by which you have licensed or otherwise exploited the Infringing Recordings and the underlying compositions;

3. Provide us with a detailed accounting reflecting any and all sales by or through IODA, Apple, Amazon, Spotify, Napster, Rhapsody, Microsoft, Thumbplay, Slacker, Medianet Digital, Omnifone, Nokia (and any other digital or physical channel of distribution) of the Infringing Recordings to date, the dates on which such sales took place, the number of units exploited, the amount of money accounted to and paid to MMRX and/or its affiliates in connection with such sales, and copies of any accountings and payments that any of these third parties have made to MMRX and/or you with respect to the Infringing Recordings and underlying compositions;

4. Provide us with copies of written notices you must send, by certified mail, to each and every distributor/licensee (including IODA) of the Infringing Recordings that they are no longer authorized to distribute the Infringing Recordings and the compositions embodied on the Infringing Recordings and require that they immediately take down the Infringing Recordings from their respective sites, provide a copy of such communications to us and instruct them to immediately freeze all funds attributable to the sale of the Infringing Recordings and underlying compositions, and to provide complete accountings to us on behalf of our clients; and

5. Immediately pay over to our clients all monies that have been paid or credited to you, MMRX and/or any of your affiliates and licensees attributable to the exploitation of the Infringing Recordings and underlying compositions.

Upon our timely receipt of all of the foregoing, we will advise you of our clients' additional financial requirements to resolve this matter short of litigation.

As stated above, unless you have fully complied with all of the foregoing requirements by no later than the close of business in New York on Friday, September 2, 2011 we have been authorized to and will commence suit against MMRX, you, IODA, and all other appropriate individuals and entities without further notice and in connection therewith will seek recovery of

# PRYOR CASHMAN LLP

Mr. Tony Defries
MMRX
August 26, 2011
Page 4 of 4

all of the costs, fees and expenses incurred by our clients in vindicating their rights, including attorneys' fees.

This letter is not intended to set forth a full statement of any claims, rights and remedies. In addition, this letter is sent without prejudice to any of our clients' rights and remedies in connection with this matter. All of such rights and remedies, whether or not referred to in this letter, are hereby expressly reserved.

Very truly yours,

Donald S. Zakarin

Enclosure

cc:    IODA (via email w/attachment)
       Alasdair McMullan, Esq.
       Mr. Tom Cyrana
       Mr. Henry Wrenn-Meleck
       Mr. Bill Zysblat
       Bruce Scavuzzo, Esq.
       Ilene S. Farkas, Esq.

| True Legit Album Title | MMRX Album Title | Label | Artist | Track # | MMRX Track Title |
|---|---|---|---|---|---|
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 1 | Watch That Man |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 2 | Aladdin Sane (1913 - 1938 - 197?) |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 3 | Drive-In Saturday |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 4 | Panic In Detroit |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 5 | Cracked Actor |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 6 | Time |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 7 | The Prettiest Star |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 8 | Let's Spend the Night Together |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 9 | The Jean Genie |
| Aladdin Sane | Aladdin Sane | MMRX | David Bowie | 10 | Lady Grinning Soul |
| TV Eye | Funtime | MMRX | Iggy Pop | 1 | TV Eye |
| TV Eye | Funtime | MMRX | Iggy Pop | 2 | Funtime |
| TV Eye | Funtime | MMRX | Iggy Pop | 3 | Sixteen |
| TV Eye | Funtime | MMRX | Iggy Pop | 4 | I Got A Right |
| TV Eye | Funtime | MMRX | Iggy Pop | 5 | Lust For Life |
| TV Eye | Funtime | MMRX | Iggy Pop | 6 | Dirt (feat. David Bowie) |
| TV Eye | Funtime | MMRX | Iggy Pop | 7 | Nightclubbing |
| TV Eye | Funtime | MMRX | Iggy Pop | 8 | I Wanna Be Your Dog (feat. David Bowie) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 1 | Rosalyn (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 2 | Here Comes the Night (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 3 | I Wish You Would (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 4 | See Emily Play (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 5 | Everything's Alright (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 6 | I Can't Explain (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 7 | Friday on My Mind (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 8 | Sorrow (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 9 | Don't Bring Me Down (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 10 | Shapes of Things (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 11 | Anyway, Anyhow, Anywhere (feat. Mick Ronson) |
| Pin Ups | Pin Ups | MMRX | David Bowie | 12 | Where Have All the Good Times Gone (feat. Mick Ronson) (Abbey Road Studios Remastered version) |
| Lust For Life | Snow White | MMRX | Iggy Pop | 9 | Lust For Life |
| Lust For Life | Snow White | MMRX | Iggy Pop | 10 | Sweet Sixteen (EMI Track title is "Sixteen") |
| Lust For Life | Snow White | MMRX | Iggy Pop | 12 | The Passenger |
| Lust For Life | Snow White | MMRX | Iggy Pop | 13 | Tonight |
| Lust For Life | Snow White | MMRX | Iggy Pop | 14 | Success |
| Lust For Life | Snow White | MMRX | Iggy Pop | 15 | Turn Blue |
| Lust For Life | Snow White | MMRX | Iggy Pop | 16 | Neighborhood Threat |
| Lust For Life | Snow White | MMRX | Iggy Pop | 17 | Fall In Love With Me |
| Nude & Rude - The Best Of Iggy Pop | Snow White | MMRX | Iggy Pop | 3 | Funtime |
| Nude & Rude - The Best Of Iggy Pop | Snow White | MMRX | Iggy Pop | 5 | China Girl |
| Nude & Rude - The Best Of Iggy Pop | Snow White | MMRX | Iggy Pop | 11 | Some Weird Sin |
| The Idiot | Snow White | MMRX | Iggy Pop | 1 | Sister Midnight |
| The Idiot | Snow White | MMRX | Iggy Pop | 2 | Nightclubbing |
| The Idiot | Snow White | MMRX | Iggy Pop | 4 | Baby |
| The Idiot | Snow White | MMRX | Iggy Pop | 8 | Dum Dum Boys |
| The Idiot | Snow White | MMRX | Iggy Pop | 7 | Tiny Girls |
| The Idiot | Snow White | MMRX | Iggy Pop | 8 | Mass Production |
| Nude & Rude - The Best Of Iggy Pop | Somebody | MMRX | Iggy Pop | 20 | China Girl |
| The Idiot | Somebody | MMRX | Iggy Pop | 25 | Dum Dum Boys |
| The Idiot | Somebody | MMRX | Iggy Pop | 28 | Baby |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 1 | Hang On to Yourself |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 2 | Ziggy Stardust |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 3 | Watch That Man |

| | | | | | |
|---|---|---|---|---|---|
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 4 | Wild Eyed Boy from Freecloud |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 5 | Oh! You Pretty Things |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 6 | Moonage Daydream |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 7 | Space Oddity |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 8 | My Death |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 9 | Cracked Actor |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 10 | Time |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 11 | Width of a Circle |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 12 | Changes |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 13 | Let's Spend the Night Together |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 14 | Suffragette City |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 15 | White Light / White Heat |
| Ziggy Stardust - The Motion Picture | Ziggy Stardust - The Motion Picture | MMRX | David Bowie | 16 | Rock 'N' Roll Suicide |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 1 | Changes |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 2 | Oh! You Pretty Things |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 3 | Eight Line Poem |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 4 | Life on Mars? |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 5 | Kooks |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 6 | Quicksand |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 7 | Fill Your Heart |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 8 | Andy Warhol |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 9 | Song for Bob Dylan |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 10 | Queen Bitch |
| Hunky Dory | Hunky Dory | MMRX | David Bowie & Mick Ronson | 11 | The Bewlay Brothers |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 1 | Five Years |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 2 | Soul Love |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 3 | Moonage Daydream |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 4 | Starman |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 5 | It Ain't Easy |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 6 | Lady Stardust |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 7 | Star |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 8 | Hang On to Yourself |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 9 | Ziggy Stardust |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 10 | Suffragette City |
| The Rise and Fall of Ziggy Stardust and the Spiders from Mars | The Rise and Fall of Ziggy Stardust and the Spiders from Mars | MMRX | David Bowie & Mick Ronson | 11 | Rock 'N' Roll Suicide |

| | | | | | |
|---|---|---|---|---|---|
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 1 | In the Heat of the Morning |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 2 | London Bye Ta Ta |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 3 | Karma Man |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 4 | Silly Boy Blue |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 5 | Let Me Sleep Beside You |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 6 | Janine |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 7 | Amsterdam |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 8 | God Knows I'm Good |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 9 | The Width of a Circle |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 10 | Unwashed and Somewhat Slightly Dazed |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 11 | Cygnet Committee |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 12 | Memory of a Free Festival |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 13 | Wild Eyed Boy from Freecloud |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 14 | Bombers |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 15 | Looking for a Friend |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 16 | Almost Grown |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 17 | Kooks |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 18 | It Ain't Easy |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 19 | The Supermen |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 20 | Eight Line Poem |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 21 | Hang On to Yourself |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 22 | Ziggy Stardust |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 23 | Queen Bitch |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 24 | I'm Waiting for the Man |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 25 | Five Years |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 26 | White Light / White Heat |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 27 | Moonage Daydream |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 28 | Hang On to Yourself  (Reprise) |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 29 | Suffragette City |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 30 | Ziggy Stardust  (Reprise) |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 31 | Starman |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 32 | Space Oddity |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 33 | Oh! You Pretty Things |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 34 | Andy Warhol |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 35 | Lady Stardust |
| Bowie at the Beeb | Bowie at the Beeb | MMRX | David Bowie & Mick Ronson | 36 | Rock 'N' Roll Suicide |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 1 | The Width of a Circle |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 2 | All the Madmen |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 3 | Black Country Rock |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 4 | After All |

| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 5 | Running Gun Blues |
|---|---|---|---|---|---|
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 6 | Saviour Machine |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 7 | She Shook Me Cold |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 8 | The Man Who Sold the World |
| The Man Who Sold the World | The Man Who Sold the World | MMRX | David Bowie & Mick Ronson | 9 | The Supermen |